UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHWEST MARINE AND GENERAL INSURANCE CO.,

          Plaintiff,

- against -

HUDSON EXCESS INSURANCE CO., ET AL.,

          Defendants.

25-cv-6104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for defendant Oscar Torres to answer was **September 2, 2025,** and the deadline for defendant Hudson Excess Insurance Company to answer was **September 5, 2025.** To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **September 22, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **September 12, 2025.**

SO ORDERED.

Dated:    New York, New York
           September 8, 2025

                                      John G. Koeltl
                                 United States District Judge