UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHWEST MARINE AND GENERAL INSURANCE CO.,

        Plaintiff,

- against -

HUDSON EXCESS INSURANCE CO., ET AL.,

        Defendants.

---

25-cv-6104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 24, 2025.

SO ORDERED.

Dated:    New York, New York
           October 10, 2025

                                    John G. Koeltl
                            United States District Judge