UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SOUTHWESTERN MARINE and GENERAL
INSURANCE COMPANY,
                     Plaintiff(s)

            25 civ 6104 (JGK)

       -against-

HUDSON EXCESS INSURANCE COMPANY, et al,
                     Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, November 18, 2025, at 3:30pm, is cancelled.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 12, 2025