UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SOUTHWEST MARINE AND
GENERAL INSURNACE COMPANY,

               Plaintiff,

    - against -

HUDSON EXCESS INSURANCE
COMPANY,

               Defendant.
_____

25-cv-6104 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the plaintiff may make its motion for summary judgment by **June 15, 2026.** The defendant's time to respond is **July 2, 2026**. The plaintiff's time to reply is **July 13, 2026.**

SO ORDERED.

Dated:    New York, New York
          May 19, 2026

                              John G. Koeltl
                     United States District Judge