UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff,

- against -

HUDSON EXCESS INSURANCE COMPANY, ET AL.,

Defendants.

25-cv-6104 (JGK)

**Order**

**John G. Koeltl, District Judge:**

On November 20, 2026, the defendant, Hudson Excess Insurance Company ("Hudson"), filed a letter in further response to the pending motion for partial summary judgment. See ECF No. 56. The letter cited the opinion in Southwest Marine and General Ins. Co. v. Hudson Excess Ins. Co., et al., 25cv6379 (S.D.N.Y. November 18, 2026).

The plaintiff, Southwest Marine and General Insurance Company ("Southwest"), may file a letter response of up to three (3) pages by **December 4, 2026.** The response should address whether the rationale of the recent decision applies in this case and if not, why not. Hudson may file a response of up to three (3) pages by **December 11, 2026.**

The parties are also ordered to confirm that the relevant Southwest insurance agreement in this case is Commercial General Liability Policy No. GL202100014424, that was issued to SR1701 Installation, Inc., effective October 10, 2021 until October 10, 2022, and that was filed as Exhibit 10 to the

declaration of Robert S. Nobel in support of the motion for summary judgment, see ECF No. 43-10, even though in their briefs the parties referred to Policy No. GL202200014100.

**SO ORDERED.**

**Dated: New York, New York**
**November 23, 2026**

**John G. Koeltl**
**United States District Judge**